IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-                                                   24-MJ-534-2

ROMARIO SERBAN,

               Defendants.

## GOVERNMENT'S MOTION TO UNSEAL

**THE UNITED STATES OF AMERICA**, by and through its attorney, Trini E. Ross, United States Attorney for the Western District of New York, and Nicholas M. Testani, Assistant United States Attorney, of counsel, hereby moves the Court for an Order partially unsealing the attached redacted April 10, 2024, criminal complaint and supporting affidavit for use in discovery with the defendant ROMARIO SERBAN.

Dated:   Rochester, New York, April 25, 2024

                                              TRINI E. ROSS
                                              United States Attorney
                                              Western District of New York

              BY:    *s/Nicholas M. Testani*
                           NICHOLAS M. TESTANI
                           Assistant U.S. Attorney
                           100 State Street, Suite 500
                           Rochester, New York 14614
                           585-399-3986